**J. Howard McGRATH, Attorney General, as successor to the Alien Property Custodian, Petitioner-Appellee, v. CHASE NATIONAL BANK OF CITY OF NEW YORK, and John J. McCloskey, Jr., as Sheriff, of the City of New York, and Leo Zittman and John F. McCarthy, Respondents-Appellants.**

**J. Howard McGRATH, Attorney General, as successor to the Alien Property Custodian, Petitioner-Appellee, v. FEDERAL RESERVE BANK OF NEW YORK, and John J. McCloskey, Jr., as Sheriff of the City of New York, and Leo Zittman and John F. McCarthy, Respondents-Appellants.**

**Nos. 207, 208, Docket 21620 and 21621.**

United States Court of Appeals
Second Circuit.

Argued May 9, 1950.

Decided June 2, 1950.

Joseph M. Cohen, New York City, for appellant Zittman.

Katz & Sommerich, New York City, Henry I. Fillman and Otto C. Sommerich, New York City, of counsel, for appellant McCarthy.

Sidney Posner, New York City, for appellant McCloskey.

Harold I. Baynton, Acting Director, Office of Alien Property, Washington, D. C., Irving H. Saypol, United States Attorney, New York City, James L. Morrisson and Ralph S. Spritzer, Attorneys, Department of Justice, Washington, D. C., Milbank,

Tweed, Hope & Hadley, New York City, for appellee.

Before SWAN, AUGUSTUS N. HAND and CHASE, Circuit Judges.

PER CURIAM.

Decrees of the District Court, 82 F.Supp. 740, affirmed as to appellants Zittman and McCarthy on the authority of Propper v. Clark, 337 U.S. 472, 69 S.Ct. 1333, 93 L.Ed. 1480, and as to appellant Sheriff of the City of New York on the ground stated in the opinion below.

**SEARS, ROEBUCK & CO., a corporation, Appellant, v. Edward O'REILLY.**

**No. 14123.**

United States Court of Appeals
Eighth Circuit.

May 3, 1950.

Fred A. Ossanna and Irving H. Green, Minneapolis, Minn., for appellant.

Clifford W. Gardner and John T. O'Donnell, St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.